

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

ENTERED
10/03/2016

IN RE:

Miguel & Virginia Fernandez

                (Debtor),

BANKRUPTCY CASE NUMBER
15-10108-B-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lacks Valley Stores, in the amount of $222.49, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 08/01/2016 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lacks Valley Stores c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $222.49 to Lacks Valley Stores at the following address:

        Lacks Valley Stores
        C/o Dilks & Knopik, LLC
        35308 SE Center St,
        Snoqualmie, WA  98065

Signed: October 3, 2016

                              _____
                              Eduardo V. Rodriguez
                              United States Bankruptcy Judge

Unclaimed.fds
06/23/98